Supreme Court, New York Special Term. Reported. N. Y. L. J., November 7, 1902.

In the Matter of the Petition of PATRICK W. CULLINAN, to Revoke the Liquor Tax Certificate of HANNAH DISS.

*Herbert H. Kellogg,* for petitioner.

*Robert O'Byrne,* for respondent.

O'GORMAN, J.: The testimony taken before the referee establishes every material allegation in the petition. Apart from the other violations charged, there can be no doubt that the premises were maintained as a disorderly house, frequented by persons of both sexes for lewd, indecent and criminal purposes.

Liquor tax certificate revoked, with costs.